FILED: October 24, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-6115
(5:05-cr-00235-RLV-DCK-8)
(5:12-cv-00101-RLV)
_____

UNITED STATES OF AMERICA,

    Plaintiff – Appellee,

v.

EDWARD RYAN ISAAC CHANDLER, a/k/a Little Willie,

    Defendant – Appellant.

_____

O R D E R
_____

Upon consideration of the joint motion to remand this case to the district court for further proceedings, the court grants the motion. The court vacates the judgment and remands the case to the district court for reconsideration of the motion to vacate sentence in light of United States v. Miller, No. 13-6254, 2013 WL4441547 (4th Cir. 2013) and to allow the district court to consider the

government's position that relief is warranted.

    Entered at the direction of the panel: Judge King, Judge Duncan, and Judge Diaz.

For the Court

/s/ Patricia S. Connor, Clerk
